IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOSEPH LOCHALA                                                                                            PLAINTIFF

v.                                            Civil No. 1:15-cv-1061

SHERIFF DAVID JOHNSON;
BRAD STEWART; and
KRISTY HIGGINBOTHAM                                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 1, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 20.  Judge Bryant recommends that Defendants' Motion to Dismiss (ECF No. 17) be granted because Plaintiff has failed to comply with orders of this Court.  *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, Defendants' Motion to Dismiss (ECF No. 17) is **GRANTED,** and all claims against all Defendants are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 22nd day of November, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge